```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
            CASE NO. 10-20145-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

GUILLERMO ARJONA TYRELL,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on May 3, 2010. A Report and Recommendation filed on May 14, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of June, 2010.

                                                        _____
                                                        DONALD L. GRAHAM
                                                        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Hector Dopico, AFPD
        Jared E. Dwyer, AUSA
```